AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:23-mj-00054 |
| Jesse David Bennett | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jesse David Bennett,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Threats against the President in violation of 18 U.S.C. § 871;
Communicating a Threat over the Internet in violation of 18 U.S.C. § 875(c); and
Threats Regarding Fire and Explosives in violation of 18 U.S.C. § 844(e)

Date: March 21, 2023

*Issuing officer's signature*  /s/ Youlee Yim You

City and state: Portland, Oregon

Honorable U.S. Magistrate Judge Youlee Yim You
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 03/22/2023
ARRESTED BY FBI
U.S. MARSHAL
BY E. CATER /s/

Date: _____

*Arresting officer's signature*

*Printed name and title*